## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                            Case Number: 07-cv-6809
BRYAN W. CLARK
v.
400 N. ORLEANS, LLC; DEUTSCH, LEVY & ENGEL,
CHARTERED; and LEO G. AUBEL

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
DEUTSCH, LEVY & ENGEL, CHARTERED and LEO G. AUBEL

| |
|---|
| NAME (Type or print)<br>Kimberly E. Blair |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Kimberly E. Blair |
| FIRM<br>Ross, Dixon & Bell, LLP |
| STREET ADDRESS<br>55 W. Monroe Street, Suite 3000 |
| CITY/STATE/ZIP<br>Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6272934 | TELEPHONE NUMBER<br>(312) 759-1920 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |