UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRYAN W. CLARK,<br><br>       Plaintiff,<br><br>vs.<br><br>400 N. ORLEANS, LLC;<br>DEUTSCH, LEVY & ENGEL, CHARTERED;<br>and LEO G. AUBEL<br><br>       Defendants. | Case No.: 07-cv-06809 |

## JURY DEMAND

NOW COMES Ross, Dixon & Bell, LLP and enters its Jury Demand on behalf of Deutsch, Levy & Engel, Chartered and Leo G. Aubel in the above-entitled cause.

Respectfully submitted,

_____
Attorneys for Deutsch, Levy & Engel, Chartered
and Leo G. Aubel

Michael P. Tone
Kimberly E. Blair
Ross, Dixon & Bell, LLP
55 West Monroe, Suite 3000
Chicago, IL 60603
(312) 759-1920

960648 v 1

## CERTIFICATE OF SERVICE

      I certify that on this 10th day of December, 2007, service of a true and complete copy of the above and forgoing pleading was made upon the following by depositing in the U.S. Mail, postage prepared:

Jay R. Hoffman
303 W. Madison Street
Suite 1800
Chicago, IL 60606

Respectfully submitted,

By: _____
Attorneys for Deutsch, Levy & Engel,
Chartered and Leo G. Aubel

Michael P. Tone
Kimberly E. Blair
Ross, Dixon & Bell, LLP
55 West Monroe Street, Suite 3000
Chicago, IL 60603
(312) 759-1920

960648 v 1