UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRYAN W. CLARK,<br><br>  Plaintiff,<br><br>vs.<br><br>400 N. ORLEANS, LLC;<br>DEUTSCH, LEVY & ENGEL, CHARTERED;<br>and LEO G. AUBEL<br><br>  Defendants. | Case No.:  07-cv-06809 |

### NOTICE OF MOTION

TO:  Jay R. Hoffman
   303 W. Madison Street
   Suite 1800
   Chicago, IL 60606

  PLEASE TAKE NOTICE that on January 8, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard I shall appear before the Honorable Judge Joan Humphrey Lefkow, or any Judge sitting in her place or stead, in Courtroom 1925 of the United States District Court, Northern District of Illinois, Eastern Division, Chicago, Illinois and then and there present **Defendants, Deutsch, Levy & Engel, Chartered and Leo G. Aubel's Motion to Dismiss**, a copy of which is attached and hereby served upon you.

             Respectfully submitted,

             By: _Kimberly E. Blair_
                *Attorneys for Deutsch, Levy & Engel,*
                *Chartered and Leo G. Aubel*

Michael P. Tone
Kimberly E. Blair
Tyler Mertes
ROSS, DIXON & BELL, LLP
55 West Monroe Street, Suite 3000
Chicago, IL  60603-5758
(312) 759-1920

960862 v 1

**CERTIFICATE OF SERVICE**

I certify that on this 21st day of December 2007, service of a true and complete copy of the above and foregoing pleadings were made upon the following by depositing same in the U.S. Mail, postage prepaid:

Jay R. Hoffman
303 W. Madison Street
Suite 1800
Chicago, IL 60606

_____
Kimberly E. Blair

Michael P. Tone
Kimberly E. Blair
Tyler Mertes
ROSS, DIXON & BELL, LLP
55 West Monroe Street, Suite 3000
Chicago, IL  60603-5758
(312) 759-1920

960862 v 1