**CERTIFICATE OF SERVICE**

Jay R. Hoffman, an attorney, certifies that on January 7, 2008, he caused the foregoing pleading to be served electronically pursuant to ECF on the following attorneys:

| | |
|---|---|
| Kimberly Elizabeth Rients | kblair@rdblaw.com, lfish@rdblaw.com, tmertes@rdblaw.com, tsantayana@rdblaw.com |
| Michael P. Tone | mtone@rdblaw.com |

s/ Jay R. Hoffman