UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRYAN W. CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  07 C 6809 |
| | ) | |
| v. | ) | |
| | ) | Judge Lefkow |
| 400 N. ORLEANS, LLC; | ) | |
| DEUTSCH, LEVY & ENGEL, CHARTERED; | ) | Magistrate Judge Denlow |
| and LEO G. AUBEL; | ) | |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE OF MOTION</u>**

Please take notice that on Thursday, January 24, 2008, at 9:30 a.m., we will appear before Judge Joan Lefkow in Courtroom 1925, U.S. District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and present the attached motion.

BRYAN W. CLARK


By      s/Jay R. Hoffman
            His Attorney

Jay R. Hoffman  (6193213)
Suite 1800
303 West Madison Street
Chicago, IL 60606
(312) 899-0899
Fax:  (312) 899-8201
jay@hoffmanlegal.com