## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6809 | **DATE** | 1/24/2008 |
| **CASE TITLE** | Clark vs. 400 N. Orleans, LLC, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion for leave to file a first amended complaint [12] is granted. Defendants' motion to dismiss [10] is withdrawn. Defendants are to answer or otherwise plead to amended complaint by 2/7/2008.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | MD |
|---|---|---|