## CERTIFICATE OF SERVICE

Jay R. Hoffman, an attorney, certifies that on January 29, 2008, he caused the foregoing pleading to be served electronically pursuant to ECF on the following attorneys:

Kimberly Elizabeth Rients    kblair@rdblaw.com, lfish@rdblaw.com,
tmertes@rdblaw.com, tsantayana@rdblaw.com

Michael P. Tone    mtone@rdblaw.com


and, as a professional courtesy, by email to the following attorney:

Steven D. Richek    strichek@aol.com


s/ Jay R. Hoffman