UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRYAN W. CLARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.:07-cv-06809 |
| | ) |
| 400 N. ORLEANS, LLC; DEUTSCH, | ) |
| LEVY & ENGEL, CHARTERED and | ) |
| LEO AUBEL, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I certify that on this 6th day of February 2008, service of a true and complete copy of the above and forgoing pleading was made upon the following by depositing in the U.S. Mail, postage prepared:

Jay R. Hoffman
303 W. Madison Street
Suite 1800
Chicago, IL 60606

Respectfully submitted,

/s/
*Attorneys for Deutsch, Levy & Engel, Chartered and Leo G. Aubel*

Michael P. Tone
Kimberly E. Blair
Gordon & Rees, LLP
1 North Franklin
Suite 1800
Chicago, IL 60602
(312) 565-1400 phone