UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRYAN W. CLARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.:07-cv-06809 |
| | ) |
| 400 N. ORLEANS, LLC; DEUTSCH, LEVY & ENGEL, CHARTERED and LEO AUBEL, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on February 19, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard I shall appear before the Honorable Judge Joan Humphrey Lefkow, or any Judge sitting in her place or stead, in Courtroom 1925 of the United States District Court, Northern District of Illinois, Eastern Division, Chicago, Illinois and then and there present **Defendants, Deutsche, Levy & Engel, Chartered and Leo G. Aubel's Motion to Dismiss**, a copy of which is attached and hereby served upon you.

Respectfully submitted,

/s/
*Attorneys for Deutsch, Levy & Engel, Chartered and Leo G. Aubel*

Michael P. Tone
Kimberly E. Blair
Gordon & Rees, LLP
1 North Franklin
Suite 1800
Chicago, IL 60602
(312) 565-1400 phone