IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
FEB - 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| BRYAN W. CLARK, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | 07 C 6809 |
| ) | |
| 400 N. ORLEANS, LLC., DEUTSCH LEVY & ENGEL, ) | |
| CHARTERED; and LEO G. AUBEL; ) | |
| ) | |
| Defendants. ) | |

## MOTION TO EXTEND TIME TO ANSWER AND TO FILE COUNTERCLAIM

NOW COMES the Defendant, 400 N. Orleans, LLC., by its Attorney, Stephen D. Richek and as and for its Motion to Extend the Time to Answer or otherwise Plead and to File a Counterclaim states as follows:

1. The Attorney for the Defendant needs time to register under the electronic filing program.

2. There are no classes until March, so Defendant must do paper filing.

WHEREFORE, Defendant prays for an additional 21 days to answer or otherwise plead and to file a Counterclaim.

Respectfully Submitted,
400 N. Orleans, LLC.

By: /s/ Stephen D. Richek
Stephen D. Richek, Its Attorney

Stephen D. Richek
Attorney for Defendant
20 N. Clark Street, Suite 2450
Chicago, IL 60602
312-372-9444