IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRYAN W. CLARK, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) 07 C 6809 |
| | ) |
| 400 N. ORLEANS, LLC., DEUTSCH LEVY & ENGEL, | ) |
| CHARTERED; and LEO G. AUBEL; | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

TO: Jay R. Hoffman, 303 W. Madison, Suite 1800, Chicago, IL 60606
Michael P. Tone, Gordon & Rees, 1 N. Franklin, Suite 1800, Chicago, IL 60602

On February 19, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Joan Lefkow or any Judge sitting in that Judge's stead, in the courtroom usually occupied by her in **Room 1925** at the United States Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois and present the attached **Motion to Extend Time to Answer and to File Counterclaim.**

_____
Stephen Richek

Stephen Richek
20 N. Clark St., Suite 2450
Chicago, IL 60602
312-372-9444

## CERTIFICATE OF SERVICE

I, Stephen Richek, certify that on February 7, 2008 I served this notice by mailing a copy to each person to whom it is directed by placing the same in the US mail at 20 N. Clark St., Chicago, IL before 5:00 p.m.

_____
Stephen Richek