UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRYAN W. CLARK, ) | |
| ) | |
| Plaintiff, ) | Case No. 07 C 6809 |
| ) | |
| v. ) | |
| ) | Judge Lefkow |
| 400 N. ORLEANS, LLC; ) | |
| DEUTSCH, LEVY & ENGEL, CHARTERED; ) | Magistrate Judge Denlow |
| and LEO G. AUBEL; ) | |
| ) | |
| Defendants. ) | |

### STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff Bryan W. Clark ("Clark") and Defendants Deutsch, Levy & Engel, Chartered ("DLE"), Leo G. Aubel ("Aubel"), and 400 N. Orleans, LLC ("Orleans"), by their attorneys and pursuant to Fed. R. Civ. P. 41(a), all stipulate to the voluntary dismissal without prejudice of this action, including the dismissal without prejudice of Clark's first amended complaint and Orleans' counterclaim. DLE and Aubel agree to withdraw, without prejudice, their pending motion to dismiss the first amended complaint, which is moot due to this dismissal. This stipulation of dismissal is signed by counsel for all of the parties to this action.

BRYAN W. CLARK                                400 N. ORLEANS, LLC

By ___s/Jay R. Hoffman___                     By _____

Jay R. Hoffman (6193213)                      Stephen D. Richek
Suite 1800                                    Suite 2450
303 West Madison Street                       20 North Clark Street
Chicago, IL 60606                             Chicago, IL 60602
(312) 899-0899                                (312) 372-9444
Fax: (312) 899-8201
jay@hoffmanlegal.com

DEUTSCH, LEVY & ENGEL, CHARTERED
and LEO G. AUBEL

By *(signature)*

Michael P. Tone
Gordon & Rees, LLP
Suite 1800
1 North Franklin
Chicago, IL 60602
(312) 565-1400

2