## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Eastern Division

Bryan W. Clark

                    Plaintiff,

v.                                            Case No.: 1:07−cv−06809
                                              Honorable Joan H. Lefkow

400 N. Orleans, LLC, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 19, 2008:

      MINUTE entry before Judge Joan H. Lefkow :Status hearing stricken. Pursuant to Stipulation of Voluntary Dismissal [23], amended complaint and counterclaim dismissed without prejudice. Case dismissed without prejudice. All pending motions denied as moot. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.